```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 13309
   KENNETH M BOLEK
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-6197

---------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
      The case was filed on 05/23/2008 and was confirmed 07/31/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was dismissed after confirmation 01/08/2009.
---------------------------------------------------------------------------
 CREDITOR NAME               CLASS          CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                             PAID        PAID
---------------------------------------------------------------------------
 MIDAMERICA BANK FSB       CURRENT MORTG         .00           .00         .00
 MIDAMERICA BANK FSB       MORTGAGE ARRE    23332.42           .00         .00
 DCSE/MRU                  NOTICE ONLY     NOT FILED           .00         .00
 CYNTHIA A BOLEK           NOTICE ONLY     NOT FILED           .00         .00
 ADVENTISE LAGRANGE MEMOR  UNSEC W/INTER   NOT FILED           .00         .00
 ADVENTIST LAGRANGE MEMOR  UNSEC W/INTER   NOT FILED           .00         .00
 WILLIAM P DANNA           UNSEC W/INTER      812.23           .00         .00
 AMERICAN EXPRESS BANK     UNSEC W/INTER     4441.04           .00         .00
 ROUNDUP FUNDING LLC       UNSEC W/INTER     1636.43           .00         .00
 EMERGENCY HEALTHCARE PHY  UNSEC W/INTER   NOT FILED           .00         .00
 PORTFOLIO RECOVERY        UNSEC W/INTER     2709.73           .00         .00
 HSBC                      UNSEC W/INTER   NOT FILED           .00         .00
 MERCHANTS CREDIT GUIDE C  UNSEC W/INTER   NOT FILED           .00         .00
 NICOR GAS                 UNSEC W/INTER      859.06           .00         .00
 SBC                       UNSEC W/INTER   NOT FILED           .00         .00
 SPRINT NEXTEL             UNSEC W/INTER      388.23           .00         .00
 SUBURBAN RADIOLOGIST      UNSEC W/INTER   NOT FILED           .00         .00
 ROUNDUP FUNDING LLC       UNSEC W/INTER      261.92           .00         .00
 MIDAMERICA FEDERAL SAVIN  MORTGAGE NOTI   NOT FILED           .00         .00
 ALLPARTS AUTO PARTS       UNSEC W/INTER      800.23           .00         .00
 THOMAS W LYNCH            DEBTOR ATTY       1,837.00                   1,711.20
 TOM VAUGHN                TRUSTEE                                        148.80
 DEBTOR REFUND             REFUND                                           .00

      Summary of Receipts and Disbursements:
 ---------------------------------------------------------------------------
                             RECEIPTS         DISBURSEMENTS
 ---------------------------------------------------------------------------
 TRUSTEE                     1,860.00

 PRIORITY                                              .00
 SECURED                                               .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 13309 KENNETH M BOLEK
```

```
UNSECURED                                                            .00
ADMINISTRATIVE                                                  1,711.20
TRUSTEE COMPENSATION                                              148.80
DEBTOR REFUND                                                        .00
                                       ----------------   ----------------
TOTALS                                         1,860.00           1,860.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 03/05/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```